**Opinion issued August 12, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01- 25-00240-CV

————————————

**ALMA BANKS BROWN, Appellant**

**V.**

**SHERRY DORINDA FAULKNER, DEPENDENT ADMINISTRATOR OF THE ESTATE OF AUDREY BANKS, DECEASED, Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1245417**

---

## MEMORANDUM OPINION

Appellant Alma Banks Brown, proceeding pro se, filed a notice of appeal challenging the trial court's Final Judgment and Order of Possession. The clerk's record was due on May 19, 2025.

On June 27, 2025, the trial court clerk filed an Information Sheet stating she had notified Appellant that the clerk's record was ready as of April 4, 2025, but Appellant had made no payment arrangements. On May 20, 2025, we notified Appellant that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(b). We directed Appellant to submit written evidence from the trial court clerk by June 19, 2025, reflecting payment of the fee for preparing the clerk's record or arrangements to pay the fee. *See id*.

On June 24, 2025, Appellee Sherry Dorinda Faulkner, dependent administrator of the estate of Audrey Banks, deceased, filed a Motion to Dismiss seeking dismissal of the appeal for failure to pay for the clerk's record. She stated Appellant's "Motion to Order Clerk[']s Record[] and Request for Payment Arrangement" requesting "payment arrangements to be made[,]" was insufficient and did not demonstrate that she had made payment arrangements to pay for the clerk's record.

Appellant has not adequately responded to this Court's notice and to date, the clerk's record has not been filed.

We grant Appellee's motion to dismiss and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

2